UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROBERT P. BASTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00182-JPH-MJD |
| | ) | |
| ROBERT E. CARTER, JR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### Entry on Motion for Summary Ruling and Motion for Counsel

The plaintiff's motion for summary ruling, dkt. [21], is **denied as presented**. The defendants have not yet appeared in this matter. The plaintiff's motion for counsel, dkt. [23], is **denied without prejudice because it is premature**. The defendants have not responded to the complaint, and the Seventh Circuit has found that "until the defendants respond to the complaint, the plaintiff's need for assistance of counsel . . . cannot be gauged." *Kadamovas v. Stevens*, 706 F.3d 843, 846 (7th Cir. 2013); ); *see also Olson v. Morgan*, 750 F.3d 708, 712 (7th Cir. 2014) (deciding whether to recruit counsel requires the court to consider "whether the difficulty of the case—factually and legally—exceeds the particular plaintiff's capacity as a layperson to coherently present it to the judge or jury himself."). While that statement from *Kadamovas* is not a "bright-line rule[ ]," in this case the plaintiff has not shown a need for assistance of counsel in amending the complaint, or to "investigate and flesh out any claim that may exist." *Mapes v. Indiana*, 932 F.3d 968, 971-72 (7th Cir. 2019).

Once the defendants have appeared, the plaintiff may renew his motion for assistance with recruiting counsel.

Finally, the Court reminds the plaintiff that when he files a motion on a particular issue, the defendants have a period of time in which to respond. If they respond, the plaintiff may then file a reply. Once the motion is ripe for review, the Court will decide the motion in due course. Since filing his initial complaint for injunctive relief, the plaintiff has filed seven additional motions for injunctive relief on the same or similar grounds. *See* dkts. 9, 10, 13, 15, 18, 19 and 22. It does not assist the Court or the litigants to file additional motions that restate the same issue already raised in a pending motion. Rather, filing duplicative motions typically causes further delay in resolving the issues presented.

**SO ORDERED.**

Date: 6/2/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ROBERT P. BASTON
209210
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838