UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROBERT P. BASTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00182-JPH-MJD |
| | ) | |
| ROBERT E. CARTER, JR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Entry on Motions for Injunctive Relief Unrelated to Plaintiff's Claims**

Plaintiff Robert Baston's complaint at Docket No. 1, which the Court screened pursuant to § 1915(A), remains the operative complaint in this matter. In its screening order, the Court identified two distinct Eight Amendment claims based on the facts that Mr. Baston alleged in his complaint, specifically: (1) that he was exposed to an Indiana Department of Correction ("IDOC") employee with flu-like symptoms amidst the COVID-19 pandemic and was denied testing following the exposure, and (2) that he was not provided adequate soap for washing his hands. *See* dkt. 5.

Presently pending are several motions for injunctive relief that involve non-parties and are unrelated to the two claims identified by the Court in its screening order. *See* dkts. [13, 15] (concerning disciplinary reports by non-party guards); dkt. [22, 42] (concerning air humidity and throwing of feces by non-party inmates); dkt. [25] (concerning alleged mistreatment by non-party guards); dkt. [35] (concerning expiration dates on bottles of water provided by non-party Aramark Food Services); dkt, [37] (concerning an alleged constitutional violation by the compilation of data by non-party Indiana Department of Correction); dkts. [40, 42, 47] (concerning alleged confiscated food and denied requests for personal protective equipment by non-party prison officials); and dkt. [48] (concerning alleged excessive force against another non-party inmate). These motions are

summarily **denied**. *See* Fed. R. Civ. P. 65(d)(2); *Maddox v. Wexford Health Sources, Inc.*, 528 Fed. Appx. 669, 672 (7th Cir. 2013) ("An injunction, like any 'enforcement action,' may be entered only against a litigant, that is, a party that has been served and is under the jurisdiction of the district court."); *see also Eckes v. Byrd*, No. 2:18-cv-00246-WTL-DLP, 2018 WL 4001737, at *2 (S.D. Ind. Aug. 22, 2018) (denying motion for preliminary injunction unrelated to the conduct alleged in the complaint).

**SO ORDERED.**

Date: 9/14/2020

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ROBERT P. BASTON
209210
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

All Electronically Registered Counsel